# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0311. DIGGS v. WOODWARD MGMT. PARTNERS.**

It is ordered that this application for discretionary appeal is hereby **GRANTED**. Diggs may file a notice of appeal within 10 days of the date of this order in the Magistrate Court of Gwinnett County. Once Diggs has filed his notice of appeal, the clerk of the magistrate court is directed to prepare the record for appeal in accordance with Diggs' designation in the notice of appeal. OCGA §§ 5-6-37, 5-6-43. The clerk of court shall transmit the record to the Court of Appeals and shall include a copy of this order in the record transmitted. OCGA § 5-6-43.

The parties should address in their appellate briefs whether applications seeking to appeal magistrate court decisions to the Corut of Appeals should be dismissed or transferred to lower courts. Ga. Const. Art. VI, § 1, ¶ VIII; *Stowell v. Huguenard*, 288 Ga. 628 (706 SE2d 419) (2011).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/21/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*